NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ARCTIC SLOPE NATIVE ASSOCIATION, LTD.,**
*Appellant,*

v.

**KATHLEEN SEBELIUS, SECRETARY OF HEALTH AND HUMAN SERVICES,**
*Appellee.*

---

2011-1485

---

Appeal from the Civilian Board of Contract Appeals in case nos. 190-ISDA, 289-ISDA, 290-ISDA, 291-ISDA, 292-ISDA, and 293-ISDA, Administrative Judge Jeri Kaylene Somers.

---

## ON MOTION

---

## ORDER

Arctic Slope Native Association, Ltd. moves without opposition for a 30-day extension of time, until March 7, 2012, to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

FEB 0 9 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Lloyd B. Miller, Esq
    Jacob A. Schunk, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 9 2012

JAN HORBALY
CLERK